# United States Court of Appeals
## For the First Circuit

---

Nos. 23-1132, 23-1134

UNITED STATES,

Appellee,

v.

LUIS JAVIER MATTA-QUIÑONES,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court, issued on June 9, 2025, is amended as follows:

On page 21, line 13, insert a space between the close quotation mark and "in."

On page 36, footnote 15, footnote line 4, insert the word "a" between "investigate" and "colorable."